JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGI FAMA LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SNAPNHD, LLC, a California limited liability company; WILL CALDWELL, an individual; and DOES 1-10;<br><br>Defendants. | Case No.: 2:20-cv-11792-RSWL-JEMx<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SNAPNHD, LLC AND WILL CALDWELL<br><br>PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) |

Upon review of the Stipulation for Dismissal of Defendants SNAPNHD, LLC AND WILL CALDWELL, and finding the relief requested appropriate,

IT IS SO ORDERED that the above-referenced action is dismissed as to SNAPNHD, LLC and WILL CALDWELL, with prejudice, and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reach in this matter.

/ / /

Each party is to bear its own costs and attorneys' fees incurred in this Action.

IT IS SO ORDERED.

Dated: March 23, 2022

By: ***/S/ RONALD S.W. LEW***
Hon. Ronald S.W. Lew
United States District Judge